WRIT NO. WR-77,402-47

77,402-47

DARRELL J. HARPER

V.

STATE OF TEXAS

IN THE COURT OF CRIMINAL APPEALS

THIRD JUDICIAL DISTRICT

SITTING IN AUSTIN, TEXAS

REHEARING / RECONSIDERATION

MOTION DISMISSED
DATE: 4-29-15
BY: P-C.

TO THE CLERK'S OFFICE!

1. Come Now Appellant Darrell J. Harper motions for rehearing or reconsideration on application for writ of habeas corpus against the State of Texas for Civil Rights Violation.

2. Applicant motions for rehearing or reconsideration of application for writ of habeas corpus against the State of Texas, because the conviction and judgment were both Unconstitutional, when applicant was unlawful tried within a jurisdiction that lacks Prosecution of civil rights violators, as amended.

WHEREFORE, Applicant Darrell J. Harper Pray that the motion is successful.

Very Truly Yours,
Darrell J. Harper
Darrell J. Harper ProSe
Inmate No. 1457724
D. B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

Certification OF Service

Applicant, Darrell J. Harper does hereby certify that the Motion is true and correct for Processing on or around Friday the 24th day of April 2015, in accordance with Tex. Crim. App. Rules and Procedures.

Darrell J. Harper
Darrell J. Harper

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015
Abel Acosta, Clerk